UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY CHARLES HICKONBOTTOM,

    Petitioner,

v.

JANE PARNELL,

    Respondent.

Case No. C10-5030RBL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4. Petitioner's application for leave to proceed in forma pauperis (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 4th day of March 2010.

                    J. Richard Creatura
                    United States Magistrate Judge

ORDER - 1