UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY CHARLES HICKONBOTTOM,<br><br>Petitioner,<br><br>v.<br><br>JANE PARNELL,<br><br>Respondent. | Case No.  C10-5030RBL/JRC<br>            C10-5031RJB/JRC<br><br>ORDER REGARDING<br>CONSOLIDATION |

    This Habeas Corpus action filed pursuant to 28 U.S.C. 2254 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.  In March of 2010, the court sent Mr. Hickonbottom an Order to Show Cause why habeas corpus actions 10-5030RBL and 10-5031RJB should not be consolidated.  Review of the files convinced the court that the 10-5031 documents were actually exhibits for 10-5030, even though there was a separate motion to proceed in forma pauperis in which petitioner referred to the action as a 2241 petition.

ORDER- 1

1  Petitioner had until March 26, 2010, to file a response. No response has been received.

2  The court hereby orders consolidation of these two habeas actions. The cases will proceed under

3  the lower cause number 10-5030RBL as a petition filed pursuant to 28 U.S.C. §2254.

4  The clerk's office is directed to send a copy of this order to petitioner, place a copy of

5  this order in both files, and administratively close 10-5031RJB.

6  Dated this 8th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER- 2