UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY CHARLES HICKONBOTTOM,

    Petitioner,

    v.

JANE PARNELL,

    Respondent.

Case No. C10-5030RBL

ORDER TO PROVIDE ADDITIONAL BRIEFING AND RE-NOTING A MOTION TO DISMISS

    The petitioner is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

    Respondent has moved to dismiss the petition as time barred.  The respondent uses a time start date of May 3, 2008 -- one day after the sentence was entered.

    28 U.S.C. 2244 (d) (1) (A) provides that the one-year time limit will run from the latest of "the date on which the judgment became final by conclusion of direct review or the expiration of the time for seeking such review."  Petitioner plead guilty and under Washington law may have waived his right to appeal, however, the respondent did not place before the court any briefing

ORDER - 1

regarding how long a person has to appeal a conviction or whether petitioner waives his right to appeal by pleading guilty.

The parties are directed to file additional briefing as to the issue raised above. Respondent's brief will be due on or before October 29, 2010.  Petitioner's response will be due on or before November 19, 2010.  Any reply respondent wishes to file will be due on or before December 3, 2010.  The motion to dismiss (Dkt. # 13) is re-noted for December 10, 2010.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 20th day of September 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2