HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY CHARLES HICKONBOTTOM,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JANE PARNELL,<br><br>　　　　　　　Respondent. | CASE NO.  C10-5030RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The petition DISMISSED as time barred pursuant to 28 U.S.C. 2244 (d)(1)(A).

　　(3)　In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

　　(4)　The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED  this 31st day of January  2011.

　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE